U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

December 30, 2019

> Time to submit reply extended to a date to be set after receipt of a status report on January 10. January 21 oral argument is vacated. All other relief denied.
>
> SO ORDERED.
> December 31, 2019.
>
> *P. Kevin Castel*
> United States District Judge

VIA ECF
Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Huerta, et al. v. Decker, et al.*, No. 19 Civ. 10872 (PKC)

Dear Judge Castel:

This Office represents the government in the above-referenced proceeding seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and a writ of mandamus pursuant to 28 U.S.C. § 1361. On December 19, 2019, petitioner Edgar Paguay Gomez filed a Form I-246 request for a discretionary stay of removal with U.S. Immigration and Customs Enforcement ("ICE"). On December 27, 2019, ICE granted Mr. Paguay Gomez a one-year discretionary stay and released him. I write respectfully to request that the schedule in this case be adjourned *sine die*.[1]

The adjournment is respectfully requested to allow counsel for both sides to discuss next steps in this case in light of these developments, including possible dismissal. The government respectfully requests leave to file a joint status letter no later than January 10, 2020. This is the parties' second request to adjourn the schedule in this case. Petitioners consent to this request.

We thank the Court for its consideration of this letter.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

By:   *s/ Michael J. Byars*
MICHAEL J. BYARS
Assistant United States Attorney
Telephone: (212) 637-2793
Facsimile: (212) 637-2786
E-mail: michael.byars@usdoj.gov

cc: Counsel of record (via ECF)

---

[1] By Order dated December 13, 2019, the Court granted the parties' joint request to extend the schedule in this case, thus setting December 20, 2019 as the date for the government's opposition to the petition; January 3, 2020 as the date for the petitioners' reply brief; and January 21, 2020 as the date for oral argument. *See* ECF No. 11. Pursuant to the December 13 Order, the government filed its opposition on December 20, 2019. *See* ECF Nos. 12-15.